## 64486. ROWELL v. THE STATE.

DEEN, Presiding Judge.

This court ordered the appellant to file enumerations of error and brief no later than 4:30 p.m., June 7, 1982. The appellant has not responded to this order. We have, nevertheless, examined the record and transcript submitted in this case and find no error.

*Judgment affirmed. Sognier, J., concurs. Pope, J., concurs in the judgment only.*

DECIDED SEPTEMBER 8, 1982.

*M. C. Pritchard,* for appellant.
*C. Deen Strickland, District Attorney,* for appellee.